Jarod Bona (234327)
Luke Hasskamp (280872)
Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589
858.964.2301 (fax)
jarod.bona@bonalawpc.com
luke.hasskamp@bonalawpc.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ariix, LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> NutriSearch Corporation, et al., <br><br> *Defendants*. | Case No.: 17CV320-LAB (DDL) <br><br> **Stipulation of Voluntary Dismissal with Prejudice** <br><br> Judge: Hon. Larry Alan Burns <br> Magistrate Judge: David D. Leshner |

Plaintiff Ariix, LLC and Defendants NutriSearch Corporation and Lyle MacWilliam stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

The claims asserted by Ariix are dismissed with prejudice. Plaintiff and Defendants shall each bear their own costs.

DATED: August 24, 2023               Bona Law PC

*/s/ Luke Hasskamp*
LUKE HASSKAMP

Jarod Bona
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589
858.964.2301 (fax)
jarod.bona@bonalawpc.com
luke.hasskamp@bonalawpc.com

*Counsel for Plaintiff*

Parsons Behle & Latimer

*/s/ Erik A. Christiansen*
ERIK A. CHRISTIANSEN

201 South Main Street
Suite 1800
Salt Lake City, UT 84111
801.536.6719

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

801.536.6111 (fax)
echristiansen@parsonsbehle.com

*Counsel for Defendants*